```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                    :
UNITED STATES OF AMERICA                            :
                                                    :
            -v-                                     :     S6 16-CR-387 (JMF)
                                                    :
JULIO MARQUEZ-ALEJANDRO et al.,                     :     ORDER
                                                    :
                        Defendants.                 :
                                                    :
------------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

Defendants in this case are charged with six murders in connection with an alleged racketeering enterprise — charges that have been pending since May 2017. *See* ECF Nos. 69, 307. Trial for the seven remaining Defendants is scheduled to begin on February 25, 2020 — a date that was set more than a year ago, on December 20, 2018. *See* ECF No. 220. In an "enterprise" letter dated December 27, 2019 (the "Enterprise Letter") — a letter currently filed under seal — the Government disclosed to Defendants that it intends to offer evidence at trial of a range of additional criminal conduct, including evidence of at least twenty-one additional homicides (some of which date back to 1999). On January 9, 2020, three of the seven remaining Defendants — Julio Marquez-Alejandro, Luis Blondet, and William Vazquez-Baez — filed a motion seeking an adjournment of the trial for "at least six months," contending that the Government's Enterprise Letter "has dramatically and drastically altered the contours of the case." Defs.' Mem. 1. Because the Government's Enterprise Letter is sealed, Defendants requested that their memorandum of law be filed under seal. *See id.*

The Government shall file a response to Defendants' motion no later than **January 14, 2020**, at **5:00 p.m.** Further, upon reflection, the Court concludes that there is no basis to

maintain the Enterprise Letter and Defendants' memorandum of law under seal in their entirety. *See, e.g.*, *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-20 (2d Cir. 2006). Accordingly, no later than **January 13, 2020**, at **3:00 p.m.**, the Government shall file its Enterprise Letter on ECF. To the extent that the Government believes that the Enterprise Letter should be filed in redacted form, it shall simultaneously make an application, in accordance with Paragraph 10 of the Court's Individual Rules and Practices for Criminal Cases, for approval of the proposed redactions. By **January 14, 2020**, at **noon**, Defendants shall file a copy of their memorandum of law on ECF, with redactions conforming to whatever redactions the Government has proposed to the Enterprise Letter.

SO ORDERED.

Dated: January 10, 2020
      New York, New York

                                              JESSE M. FURMAN
                                         United States District Judge