UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
UNITED STATES OF AMERICA :
:
-v- : S6 16-CR-387 (JMF)
:
JULIO MARQUEZ-ALEJANDRO et al., : ORDER
:
Defendants. :
:
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

In its response to Defendants' motion to adjourn, the Government should not only address the adjournment request on its own terms, but should also address whether, in lieu of an adjournment, preclusion of some or all of the evidence disclosed in the December 27, 2019 Enterprise Letter would be appropriate. In connection with that discussion, the Government shall file a chart detailing (1) when it first learned about each of the allegations set forth in the Enterprise Letter, (2) when it first disclosed evidence concerning the allegations to Defendants, and (3) what it has disclosed to Defendants.

Defendants are granted leave to file a reply no later than **January 16, 2020**, at **5 p.m.**

SO ORDERED.

Dated: January 10, 2020
New York, New York
_____
JESSE M. FURMAN
United States District Judge