UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
: 
UNITED STATES OF AMERICA :
:
-v- : S6 16-CR-387 (JMF)
:
JULIO MARQUEZ-ALEJANDRO et al., : ORDER
:
Defendants. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

Given the nature of the charges in this case and the projected length of trial, the Court is considering providing limited substantive instructions to the jury at the outset of the case and, as Judge Engelmayer did in *United States v. Felix Lopez-Cabrera et al.*, 11-CR-1032 (PAE), limited substantive instructions to the jury before summations (in both instances, however, noting that it is the Court's final instructions that control). In their pretrial submissions, the parties shall indicate their views regarding whether such preliminary instructions should be given and, regardless of those views, submit proposed language for such instructions.

Separate and apart from the foregoing, all of Defendants' pretrial submissions — that is, all proposed voir dire, requests to charge, proposed verdict forms, and motions in limine — shall be made on a joint basis unless the Court grants leave to a Defendant to make a submission on his own behalf.

SO ORDERED.

Dated: January 13, 2020  
New York, New York

_____  
JESSE M. FURMAN  
United States District Judge