UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA :
:
    -v- : S6 16-CR-387 (JMF)
:
JULIO MARQUEZ-ALEJANDRO et al., : ORDER
:
    Defendants. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    On January 10, 2020, Defendant Luis Blondet submitted a motion, with a request that it be filed under seal, seeking a severance. The Government shall file a response to Blondet's motion no later than **January 21, 2020**, at **noon**; any reply shall be filed by **January 24, 2020**.

    No later than **January 16, 2020**, Blondet shall file a copy of his motion papers on ECF, with redactions conforming to the redactions approved by the Court to the Government's Enterprise Letter of December 27, 2019. *See* ECF Nos. 324-326.

    SO ORDERED.

Dated: January 14, 2020
       New York, New York
                                                    JESSE M. FURMAN
                                            United States District Judge