UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
UNITED STATES OF AMERICA :
:
-v- : S6 16-CR-387 (JMF)
:
JULIO MARQUEZ-ALEJANDRO et al., : SCHEDULING ORDER
:
Defendants. :
:
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On April 2, 2020, the parties filed a joint letter requesting an adjournment of the trial date in this matter to February 1, 2021, in light of the COVID-19 public health emergency and a corresponding adjustment of all pretrial deadlines. That request is GRANTED (although the parties are advised that the Court will not sit the week of February 15, 2021), and the parties' proposed pretrial deadlines are hereby ADOPTED.

The Court excludes time under the Speedy Trial Act, pursuant to Title 18, United States Code, Section 3161(h)(1)(A), from today's date to February 1, 2021, finding that the ends of justice served by such an exclusion outweigh the best interests of the Defendants and the public in a speedy trial because, in light of the unprecedented and extraordinary nature of the COVID-19 emergency, Defendants and their counsel need the time to prepare for trial, to ensure the effective assistance of counsel, and to prevent a miscarriage of justice.

The Clerk of Court is directed to terminated ECF No. 396.

SO ORDERED.

Dated: April 3, 2020
New York, New York
_____
JESSE M. FURMAN
United States District Judge