UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                              :      16-CR-387 (JMF)
:
-v-                                                   :      ORDER
:
LUIS BLONDET, JULIO MARQUEZ-ALEJANDRO,                :
and WILLIAM VASQUEZ-BAEZ,                             :
:
Defendants.                                    :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       The Court will hold a telephone conference on **November 12, 2020** at **12:00 p.m.** to address the request of Defendants Luis Blondet and Julio Marquez-Alejandro to adjourn the trial date. With their consent, Mr. Blondet and Mr. Marquez-Alejandro are excused from participating. *See* ECF No. 448; *see also* Fed. R. Crim. P. 43(b)(3). Counsel for William Vasquez-Baez is directed to file a copy of the attached waiver form, signed by both counsel and Mr. Vazequez-Baez (either directly or by counsel), no later than **October 28, 2020**.

       To access the conference, counsel and members of the press/public should call the Court's dedicated conference call line at (888) 363-4749 and use access code 542-1540 followed by the pound (#) key. The parties are reminded to follow the procedures for teleconferences described in the Court's Emergency Individual Rules and Practices in Light of COVID-19, which are available at https://nysd.uscourts.gov/hon-jesse-m-furman.

SO ORDERED.

Dated: October 21, 2020
      New York, New York

                                                JESSE M. FURMAN
                                                United States District Judge

March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -v-

        ,
        Defendant(s).
----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELECONFERENCE**

-CR-     (JMF)

Defendant _____ hereby voluntarily consents to participate in the following proceeding via video or teleconferencing:

___    Initial Appearance/Appointment of Counsel

___    Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Preliminary Hearing on Felony Complaint

___    Bail/Revocation/Detention Hearing

___    Status and/or Scheduling Conference

___    Misdemeanor Plea/Trial/Sentence

_____        _____
Defendant's Signature                                Defense Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_____        _____
Print Defendant's Name                                Print Defense Counsel's Name

This proceeding was conducted by reliable video or teleconferencing technology.

_____                     _____
Date                                                   U.S. District Judge