UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                                          :
:
                   -v-                                            :   16-CR-387 (JMF)
:
LUIS BLONDET,                                                     :
JULIO MARQUEZ-ALEJANDRO, and                                      :   ORDER
WILLIAM VASQUEZ-BAEZ,                                             :
:
                              Defendants.                         :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

Trial in this matter is scheduled to begin on **October 4, 2021**.  That said, the Court understands that counsel may have discussed the possibility of adjourning the trial due to a potential conflict with another trial involving some of the same counsel.  Separate and apart from that, it is impossible to know at this moment whether this case could even be tried in its current form on October 4, 2021, given the ongoing limitations resulting from COVID-19.  At present, given the public health restrictions in place, the Court is unable to try cases involving more than two defendants (let alone cases with the number of participants — lawyers, paralegals, agents, U.S. Marshals, interpreters, and witnesses — that this case would involve).  But whether those restrictions will still be in place in October (or other arrangements can be made such that this case could be tried consistent with any public health restrictions) may not be clear for months.

The Court will hold a telephone conference on **April 28, 2020** at **10:00 a.m.** to discuss this issue.  Under Rule 43(b)(3) of the Federal Rules of Criminal Procedure, the presence of the Defendants is not required.  Given that, and given the difficulties inherent in arranging a conference with all three Defendants, the conference will be with counsel only.  But counsel

should confer with one another (and, in the case of defense counsel, with their clients, if possible) and be prepared to address whether the matter should be deferred until the Court can hold a conference with Defendants themselves (and, if so, whether such a conference should be held in person or by telephone). Regardless, counsel should confer and discuss the question of adjourning trial *and* potential dates for trial if it were to be adjourned. (The Court has another case involving the same counsel scheduled for trial in January 2022, so if trial were adjourned it would likely be to the end of February or beginning of March 2022.)

To access the conference, counsel and members of the press/public should call the Court's dedicated conference call line at (888) 363-4749 and use access code 542-1540 followed by the pound (#) key. The parties are reminded to follow the procedures for teleconferences described in the Court's Emergency Individual Rules and Practices in Light of COVID-19, which are available at https://nysd.uscourts.gov/hon-jesse-m-furman.

SO ORDERED.

Dated: April 23, 2021
New York, New York

_____
JESSE M. FURMAN
United States District Judge