UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
            :
UNITED STATES OF AMERICA                          :

    -v-                                               :                     16-CR-387 (JMF)

LUIS BLONDET and JULIO MARQUEZ-        :                       ORDER
ALEJANDRO,                                                 :

                        Defendant.             :

-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Defense counsel filed a letter requesting an order requiring the Metropolitan Detention Center ("MDC") to (1) accept laptops to facilitate Defendants' review of Section 3500 materials and (2) arrange for an increase in videoconference meetings with counsel. *See* ECF No. 602.

       The Court has made inquiries and has been advised that the MDC has agreed to an arrangement whereby Defendants will be provided with their own designated laptops so that they may view the 3500 material, as the Government proposed. *See* ECF No. 604. If that is not the case, or the parties need a court order to formalize the arrangement, they should advise the Court.

       Given the limited availability of videoconferencing and the demands in other cases, the Court understands that it is simply not feasible to accommodate defense counsel's request for designated videoconferencing time with Defendants. That said, the Court has been advised that the MDC anticipates reopening the facility for in-person visitation as soon as January 31 or February 1, 2022. If so, the problem raised in counsel's letter is a temporary one. Moreover, the Court understands that it may be possible for defense counsel to use videoconference slots that are not being used for court proceedings between now and then for purposes of meeting with their clients. To that end, the Government is ORDERED to immediately provide defense counsel with the contact information for the Criminal Clerk / Paralegal in the U.S. Attorney's Office who has been coordinating the videoconferencing schedule. Defense counsel should promptly contact him to arrange for videoconferencing times if they are available.

       SO ORDERED.

Dated: January 18, 2022                              _____
       New York, New York                             JESSE M. FURMAN
                                                           United States District Judge