O'NEILL / HASSEN                                                                    Attorneys at Law

March 9, 2022

<u>VIA ECF and Email</u>
Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

RE: *United States v. Julio Marquez Alejandro,* 16 Cr 387 (JMF)

Dear Judge Furman:

    I am one of the attorneys who represent Julio Marquez-Alejandro in the above captioned case. I am writing to respectfully inform the Court that I was sick over the weekend and will not be able to pass the COVID screening requirements to attend the hearing in person. I ask that the Court please excuse my absence. If the Court is amenable, I would like to join the conference via audio link.

    I thank the Court for its consideration of this matter.

Respectfully submitted,

/s/

Grainne E. O'Neill

The Court thanks counsel for acting responsibly and complying with the COVID requirements. Counsel is granted leave to participate in listen-only mode by telephone and should provide a telephone number to Chambers for that purpose. The Clerk of Court is directed to terminate ECF No. 660.

SO ORDERED.

[signature]

March 9, 2022

---

**1 /** P (646) 808-0997      **4 /** www.oandh.net
**2 /** F (212) 203-1858      **5 /** 25 Eighth Ave, Suite C, Brooklyn, NY 11217
**3 /** grainne@oandh.net    **6 /** 9213 2C82 E6F0 93EA D673 EA30 C7EB 7E03 1B1B 82FA