UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA :
:
:
     -v- :
: 16-CR-387 (JMF)
:
JULIO MARQUEZ-ALEJANDRO, :
: ORDER
          Defendant. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On March 4, 2022, the Court signed an Order directing the Metropolitan Detention Center ("MDC") to accept clothing on Defendant's behalf for use in connection with his upcoming trial. According to defense counsel, members of Defendant's family, armed with the Order, delivered clothing to the MDC on March 11, 2022, only to be told that MDC would not accept the quantity of clothing set forth in the Order. *See* ECF No. 665. According to defense counsel, someone at the MDC even "altered the Court's order." *Id.*

      The Government shall immediately share the foregoing with the Legal Department of the MDC and ensure that the Warden of the MDC is personally informed of the MDC's handling of the Court's Order. **No later than TOMORROW at 5 p.m.**, the Government shall file a response, including a declaration from someone at the MDC (1) confirming that the Warden has been made aware of the situation; (2) explaining the MDC's version of these events, including but not limited to whether someone at the MDC declined to comply with and/or altered the Court's Order (and if so, who and on what basis); and (3) explaining what the MDC's current policies are with respect to civilian clothing for a trial defendant and whether, when, and how those policies changed most recently. Unless and until the Court orders otherwise, the declarant shall also appear in Court when trial begins on **Wednesday, March 16, 2022**, at **9:30 a.m.**

      SO ORDERED.

Dated: March 14, 2022
      New York, New York
                                                       JESSE M. FURMAN
                                                      United States District Judge