```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
UNITED STATES OF AMERICA,                                          :
                                                                   :
         -v-                                                       :
                                                                   :       S13 16-CR-387 (JMF)
JULIO MARQUEZ-ALEJANDRO and LUIS                                   :
BLONDET,                                                           :              ORDER
                                                                   :
                                   Defendants.                     :
                                                                   :
-------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

Attached to this order are:

- The notes received from the jury (Court Exhibits 1-3);
- The Court's response to the jury's second note (Court Exhibit 5); and
- The jury verdict form (Court Exhibit 4)

SO ORDERED.

Dated: April 7, 2022
New York, New York

_____
JESSE M. FURMAN
United States District Judge

# JURY NOTE

① Testimony from Harold Figueroa, Reinaldo Cruz, Jose Victor Pellot, Jorge-Ascencio Viera regarding:

    Ⓐ murder of Carlos Barbosa

    Ⓑ murder of Israel Crespo

    Ⓒ bribery; paying off cops

Date: 4/7/22

Time: 12:50



Foreperson's Signature

## JURY NOTE

Count 1  Question on jury instruction

On the verdict form, it asks for specificity on the # of offenses per act involved.

What page of the jury instructions should we consult? (Pg. 33, lines 1-10?)

Date: 4/7/22
Time: 3:45pm

Foreperson's signature

We the Jury has reach a Verdict

Date: 4/7/22
Time: 4:51 PM

Foreperson's signature

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                       :
                                                                :
        -v-                                                     :       S13 16-CR-387 (JMF)
                                                                :
JULIO MARQUEZ-ALEJANDRO and LUIS                                :
BLONDET,                                                        :       VERDICT FORM
                                                                :
                        Defendants.                             :
                                                                :
----------------------------------------------------------------X

*All Answers Must Be Unanimous*

*Rest of Page Left Intentionally Blank — Please Turn to the Next Page*

**Count One: Racketeering Conspiracy (Defendant JULIO MARQUEZ-ALEJANDRO)**

As to Count One, how do you find defendant JULIO MARQUEZ-ALEJANDRO?

    Guilty __✓__  Not Guilty _____

If and only if you find defendant JULIO MARQUEZ-ALEJANDRO guilty of Count One, which types of racketeering crimes do you find were involved in the offense?

    Acts Involving Murder or Attempted Murder

        Proved __✓__   Not Proved _____

        If you find that the offense involved acts involving murder or attempted murder, how many such acts do you find were involved in the offense?

        One _____   Two _____   More Than Two __✓__

    Acts Involving Drug Trafficking

        Proved __✓__   Not Proved _____

        If you find that the offense involved acts involving drug trafficking, how many such acts do you find were involved in the offense?

        One _____   Two _____   More Than Two __✓__

        If you find that the offense involved acts involving drug trafficking, did the offense involve five kilograms or more of cocaine?

        Proved __✓__   Not Proved _____

    Acts Involving Bribery

        Proved __✓__   Not Proved _____

        If you find that the offense involved acts involving bribery, how many such acts do you find were involved in the offense?

        One _____   Two _____   More Than Two __✓__

2

**Count One: Racketeering Conspiracy (Defendant LUIS BLONDET)**

As to Count One, how do you find defendant LUIS BLONDET?

    Guilty __✓__   Not Guilty _____

If and only if you find defendant LUIS BLONDET guilty of Count One, which types of racketeering crimes do you find were involved in the offense?

    <u>Acts Involving Murder or Attempted Murder</u>

        Proved __✓__   Not Proved _____

        If you find that the offense involved acts involving murder or attempted murder, how many such acts do you find were involved in the offense?

            One _____   Two _____   More Than Two __✓__

    <u>Acts Involving Drug Trafficking</u>

        Proved __✓__   Not Proved _____

        If you find that the offense involved acts involving drug trafficking, how many such acts do you find were involved in the offense?

            One _____   Two _____   More Than Two __✓__

        If you find that the offense involved acts involving drug trafficking, did the offense involve five kilograms or more of cocaine?

            Proved __✓__   Not Proved _____

    <u>Acts Involving Bribery</u>

        Proved __✓__   Not Proved _____

        If you find that the offense involved acts involving bribery, how many such acts do you find were involved in the offense?

            One _____   Two _____   More Than Two __✓__

### Count Two: Murder in Aid of Racketeering – Crystal Martinez-Ramirez

As to Count 2, how do you find defendant LUIS BLONDET?

Guilty ✓    Not Guilty ____

### Count Three: Murder Using a Firearm – Crystal Martinez-Ramirez

As to Count Three, how do you find defendant LUIS BLONDET?

Guilty ✓    Not Guilty ____

### Count Four: Murder in Aid of Racketeering – Israel Crespo-Cotto

As to Count Four, how do you find defendant JULIO MARQUEZ-ALEJANDRO?

Guilty ✓    Not Guilty ____

### Count Five: Murder While Engaged in a Drug Crime – Israel Crespo-Cotto

As to Count Five, how do you find defendant JULIO MARQUEZ-ALEJANDRO?

Guilty ✓    Not Guilty ____

### Count Six: Murder Using a Firearm – Israel Crespo-Cotto

As to Count Six, how do you find defendant JULIO MARQUEZ-ALEJANDRO?

Guilty ✓    Not Guilty ____

### Count Seven: Murder in Aid of Racketeering – Carlos Barbosa

As to Count Seven, how do you find defendant JULIO MARQUEZ-ALEJANDRO?

Guilty ✓    Not Guilty ____

### Count Eight: Murder While Engaged in a Drug Crime – Carlos Barbosa

As to Count Eight, how do you find defendant JULIO MARQUEZ-ALEJANDRO?

Guilty ✓    Not Guilty ____

### Count Nine: Murder Using a Firearm – Carlos Barbosa

As to Count Nine, how do you find defendant JULIO MARQUEZ-ALEJANDRO?

Guilty ✓   Not Guilty ____

*After completing the Verdict Form, please sign your names in the spaces provided below, fill in the date and time, and inform the Court Security Officer that you have reached a verdict.*



Date and Time: 4/7/22  4:51 PM

*Once you have signed the Verdict Form, please give a note — NOT the Verdict Form itself — to the Court Security Officer stating that you have reached a verdict.*

5

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
THE THURGOOD MARSHALL UNITED STATES COURTHOUSE
40 CENTRE STREET, ROOM 2202
NEW YORK, N.Y.  10007

Court Exhibit 5

**JESSE M. FURMAN**
United States District Judge

(212) 805-0282
Jesse_furman@nysd.uscourts.gov

April 7, 2022

To the Members of the Jury,

In answer to your Note from 3:45 p.m. today, which asks about what pages of the jury instructions you should consult with respect to the questions on the Verdict Form about the number of racketeering acts you find were involved in the offense, you should consult the instructions from page 30, line 12 through page 33, line 10.  You may also consult page 34, line 1 through 39, line 11, which provide instructions with respect to the types of racketeering acts that are alleged in the Indictment.

Sincerely,

[signature]