

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 8, 2022

**BY ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States of America v. Julio Marquez-Alejandro and Luis Blondet*, 16 Cr. 387 (JMF)

Dear Judge Furman:

The parties have conferred and jointly propose the following briefing schedule for post-trial motions:

- On or before May 9, 2022: The defendants' post-trial motions, including any supplemental briefing with respect to the pre-verdict Rule 29 motion filed at Doc. Nos. 693 to 695.

- On or before June 6, 2022: The Government's omnibus response.

- On or before June 20, 2022: The defendants' replies.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   /s/
Jamie E. Bagliebter
Peter J. Davis
Jacob R. Fiddelman
Justin V. Rodriguez
Assistant United States Attorneys
Southern District of New York
Tel: (212) 637-2591

Application GRANTED with the following proviso: If Mr. Blondet plans to file any supplemental briefing, he should file a new brief encompassing everything so that the Court can disregard the earlier filing and read only a single brief.  The Clerk of Court is directed to terminate ECF No. 699.

SO ORDERED.

April 11, 2022