```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
UNITED STATES OF AMERICA,                                          :
                                                                   :         16 Cr. 387 (JMF)
              -v-                                                  :
                                                                   :         MEMORANDUM OPINION
LUIS BLONDET et al.,                                               :              AND ORDER
                                                                   :
                              Defendants.                          :
                                                                   :
-------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

On April 6, 2022, Luis Blondet moved, pursuant to Rule 29(a) of the Federal Rules of Criminal Procedure, for judgment of acquittal on Counts One, Two, and Three of the Superseding Indictment. *See* ECF No. 693. On May 9, 2022, Blondet renewed his motion. *See* ECF No. 749. On the same day, Julio Marquez-Alejandro joined in Blondet's motion, to the extent applicable, and moved for judgment of acquittal on all counts. *See* ECF No. 750.

For substantially the reasons stated in the Government's Memorandum of Law in Opposition to Defendants' motions, *see* ECF No. 759, at 16-18, 27-32, Defendants' motions are denied, except that the Court reserves judgment on Blondet's motion with respect to Counts Two and Three. As to those Counts, the Government shall, no later than **September 13, 2022**, file a surreply, not to exceed seven pages, addressing the admissibility of the testimony of Jose Pellot-Cardona, Trial Transcript 1229-38, an issue that was raised for the first time in Blondet's reply brief, *see* ECF No. 772, at 4-6.

The Clerk of Court is directed to terminate ECF No. 750.

SO ORDERED.

Dated: September 6, 2022  
       New York, New York

                                                 JESSE M. FURMAN  
                                           United States District Judge