O'NEILL / HASSEN                                                              Attorneys at Law

October 18, 2022

<u>VIA ECF</u>
Honorable Jesse M. Furman
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

RE: *United States v. Julio Marquez-Alejandro,* 16 Cr 387 (JMF)

Dear Judge Furman:

We write to request an additional adjournment of Mr. Marquez-Alejandro's sentencing and the associated deadlines. We request an additional 60 days to review the PSR and prepare the sentencing memorandum. The government has no objection to this adjournment.

Mr. Marquez-Alejandro requires an adjournment of the sentencing for several reasons. The first is that we only recently received and translated the PSR. Mr. Marquez-Alejandro's unit has been on a lockdown for the past several weeks due to a COVID-19 outbreak. It has been extremely difficult to visit Mr. Marquez-Alejandro in prison and to find an interpreter willing to go into the prison. We await sentencing letters from Mr. Marquez-Alejandro's family and community.

The sentencing is currently scheduled for October 27, 2022, and we are requesting that the sentencing be adjourned until the first or second week of January 2023.

I thank the Court for its attention to this matter.

Application GRANTED. Sentencing is hereby ADJOURNED to January 10, 2023, at 10:00 a.m.. The parties should consult the Court's Individual Rules and Practices for Criminal Cases (available at https://nysd.uscourts.gov/hon-jesse-m-furman) for sentencing-related procedures and practices.  Consistent with the Court's Rules, the defendant's sentencing submission shall be served two weeks in advance of the date set for sentencing.  The Government's sentencing submission shall be served one week in advance of the date set for sentencing.  The Clerk of Court is directed to terminate Doc. #796. SO ORDERED.

Respectfully submitted,

/s/

Grainne E. O'Neill

October 19, 2022

1 / P (646) 808-0997    4 / www.oandh.net
2 / F (212) 203-1858    5 / 25 Eighth Ave, Suite C, Brooklyn, NY 11217
3 / grainne@oandh.net  6 / 9213 2C82 E6F0 93EA D673 EA30 C7EB FE03 1B1B 82FA

Hon. Paul G. Gardephe
Page 2 of 2

**O / H**