```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA                                          :
                                                                  :
                                                                  :
         -v-                                                      :
                                                                  :         16-CR-387-3 (JMF)
JULIO MARQUEZ-ALEJANDRO,                                          :
                                                                  :              ORDER
                          Defendant.                              :
                                                                  :
------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

      By order filed February 14, 2024, the Court of Appeals remanded this matter for the limited purpose of holding a hearing pursuant to *United States v. Curcio*, 680 F.2d 881 (2d Cir. 1982).  Counsel shall promptly confer and make any necessary arrangements (e.g., to transfer the Defendant to this District) and, **no later than February 23, 2024**, file a letter proposing next steps.  Unless and until the Court orders otherwise, the Government shall submit a letter regarding the nature of the potential conflict, discussing any applicable law, and proposing a script for the hearing **no later than one week before the hearing**.  Any response to the Government's letter shall be filed **within three business days**.

      SO ORDERED.

Dated: February 15, 2024
       New York, New York

                                                _____
                                                JESSE M. FURMAN
                                         United States District Judge