UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
  :
UNITED STATES OF AMERICA :
  :
  :
       -v- :
  : 16-CR-387-3 (JMF)
  :
JULIO MARQUEZ-ALEJANDRO, :
  : ORDER
                    Defendant. :
  :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      By order filed February 14, 2024, the Court of Appeals remanded this matter for the limited purpose of holding a hearing pursuant to *United States v. Curcio*, 680 F.2d 881 (2d Cir. 1982), "to determine if there are any waivable conflicts of interest in Attorney Edwin Prado's proposed representation" of Defendant on appeal.  *See* ECF No. 899.  Earlier today, the Court held a *Curcio* hearing, at the conclusion of which the Court found that Defendant knowingly and voluntarily waived any potential conflicts arising out of Mr. Prado's representation of him on appeal based on Mr. Prado's prior representation of another Defendant in this matter and a defendant in another matter that the Government considered calling as a witness at trial.

      The Clerk of Court is directed to send a copy of this Order to the Clerk of Court of the Second Circuit.  Additionally, pursuant to the Second Circuit's order, the Government shall promptly notify the Second Circuit of this Order.

      SO ORDERED.

Dated: March 6, 2024
       New York, New York
                                        JESSE M. FURMAN
                                        United States District Judge